UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFERY LANE,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

CASE NO. C16-5997-JLR-MAT

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 15.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Counsel shall affirm the finding that the claimant became disabled beginning on December 27, 2013 and shall limit the period at issue to before December 27, 2013. The Appeals Council shall further instruct the Administrative Law Judge to give the claimant an opportunity for a hearing; further evaluate the claimant's residual

REPORT AND RECOMMENDATION
PAGE - 1

functional capacity; and obtain supplemental vocational expert evidence that complies with Social Security Ruling 00-4p.

The Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 18th day of April, 2017.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2